**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:     Case No.  18-24011-BKC-SMG

Adeline Romain,     Chapter   13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**  The final Mortgage Modification Mediation ("MMM") conference was conducted on _____, 2018 and the following parties were present:

1. [ ] The Debtor and the Debtor's attorney.
2. [ ] The co-obligor/co-borrower/or other third party.
3. [ ] The Lender's representative and Lender's attorney.
4. [ ] Other:

**B.**  The final MMM conference was scheduled for October 4, 2019, but not conducted for the following reason:

1. [X] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other

**C.**  The result of the MMM conference is as follows:

1. [X] The parties reached an agreement.
2. [ ] The parties did not reach an agreement.

Dated: October 3, 2019

  /s/:Stacy H. Bressler
Stacy H. Bressler, Esq.
8201 Peters Road, Suite 1000
Plantation, FL 33324
Telephone: (954) 557-5526
email: sbressler@aol.com

Copies to:
all parties to mediation